**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand and fourteen.

_____

Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC,

    Plaintiffs-Appellees,

v.

Republic of Argentina,

    Defendant-Appellant.

_____

**ORDER**
Docket No. 14-2591

Appellant moves for voluntary dismissal of this appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/31/2014